| | | |
|---|---|---|
| People v Nahshal | 2d Dept: 146 AD3d 817 (Kings) | denied 4/10/17 (Fahey, J.) |
| People v Navarro | 1st Dept: 143 AD3d 522 (NY) | denied 4/10/17 (Rivera, J.) |
| People v Oldham | 2d Dept: 146 AD3d 985 (Suffolk) | denied 4/20/17 (Fahey, J.) |
| People v Ollman (Laigth) | 4th Dept: 147 AD3d 1452 (Steuben) | denied 4/20/17 (Garcia, J.) (Appeal No. 1) |
| People v Ollman (Laigth) | 4th Dept: 147 AD3d 1453 (Steuben) | denied 4/20/17 (Garcia, J.) (Appeal No. 2) |
| People v Ollman (Laigth) | 4th Dept: 147 AD3d 1454 (Steuben) | denied 4/20/17 (Garcia, J.) (Appeal No. 3) |
| People v Pagan | 1st Dept: 147 AD3d 498 (NY) | denied 4/11/17 (Rivera, J.) |
| People v Patterson (Amri) | 2d Dept: 147 AD3d 1084 (Kings) | denied 4/20/17 (Fahey, J.) |
| People v Patterson (Eric) | 1st Dept: 147 AD3d 551 (NY) | denied 4/20/17 (Garcia, J.) |
| People v Pierre-Pierre | 1st Dept: 147 AD3d 694 (NY) | denied 4/28/17 (DiFiore, Ch. J.) |
| People v Pinero | 1st Dept: 143 AD3d 428 (NY) | denied 4/20/17 (Garcia, J.) |
| People v Pinto | App Div, 2d Dept: 2017 NY Slip Op 61508(U) (Westchester) | dismissed 4/20/17 (Fahey, J.) |
| People v Pleasant | 2d Dept: 146 AD3d 985 (Westchester) | denied 4/20/17 (Fahey, J.) |
| People v Polanco | App Term, 1st Dept: 54 Misc 3d 141(A) (NY) | denied 4/10/17 (Stein, J.) |
| People v Pool | 4th Dept: 147 AD3d 1342 (Orleans) | denied 4/11/17 (Rivera, J.) |
| People v Porter | App Div, 3d Dept: 2016 NY Slip Op 95670(U) (Tompkins) | denied 4/6/17 (Rivera, J.) |
| People v Prince | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 54 Misc 3d 138(A) (Queens) | denied 4/20/17 (Fahey, J.) |
| People v Pruitt | 2d Dept: 145 AD3d 918 (Queens) | denied 4/4/17 (Fahey, J.) |
| People v Quattlebaum | App Div, 2d Dept: 2017 NY Slip Op 61390(U) (Kings) | dismissed 4/27/17 (Stein, J.) |
| People v Quezada | 1st Dept: 146 AD3d 648 (NY) | denied 4/20/17 (Fahey, J.) |
| People v Resto | 4th Dept: 147 AD3d 1331 (Onondaga) | denied 4/28/17 (DiFiore, Ch. J.) |
| People v Reyes | 2d Dept: 144 AD3d 1178 (Kings) | denied 4/6/17 (Abdus-Salaam, J.) |
| People v Ricks | 4th Dept: 145 AD3d 1610 (Jefferson) | denied 4/24/17 (DiFiore, Ch. J.) |
| People v Rivera (Adam) | 1st Dept: 147 AD3d 563 (NY) | denied 4/28/17 (DiFiore, Ch. J.) |